# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DAVID MICHAEL HARRIS,       )
                                  )
        **Plaintiff,**         )
                                  )
**v.**                             )      **No. 3:15-cv-01528**
                                  )      **Senior Judge Nixon**
**PUBLISHERS CLEARING HOUSE,** *et al.*,  )
                                  )
        **Defendants.**      )

## O R D E R

Plaintiff David Michael Harris, a resident of Nashville, Tennessee, brings this *pro se* action against sweepstakes sponsor Publishers Clearing House and several of its executives and employees, alleging fraud and deceptive mail claims based on his belief that he had won a large monetary prize. (Docket No. 1).   The plaintiff seeks any prize money that is due him.  (*Id*. at p. 3).

The plaintiff has filed an application to proceed *in forma pauperis*.  (Docket No. 2).  A review of the application shows that the plaintiff has insufficient financial resources to pay the filing fee in this action.  Therefore, the plaintiff's application is **GRANTED**, and the Clerk shall file the complaint *in forma pauperis.*  28 U.S.C. § 1915(a).  However, process shall not issue.

Because the plaintiff is proceeding *in forma pauperis* in this case, the court must screen the complaint pursuant to 28 U.S.C. § 1915(e)(2).   The court has reviewed the complaint and, for the reasons explained more fully in the memorandum entered contemporaneously herewith,  finds that the complaint fails to state claims upon which relief can be granted under federal law.  28 U.S.C. § 1915(e)(2).  The plaintiff's federal claims are hereby **DISMISSED WITH PREJUDICE**.

The court declines to exercise supplemental over the plaintiff's state law claims.  Those claims are hereby **DISMISSED WITHOUT PREJUDICE** to the plaintiff's ability to pursue those

claims in an appropriate court.

Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to appeal the judgment of the court *in forma pauperis*.  28 U.S.C. § 1915(a)(3).

This order constitutes final judgment in this action.

It is so **ORDERED**.

_____
John T. Nixon
Senior United States District Judge